AUSA: Zachary Zurek Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Sean Killian Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Harold Joseph Labeau

Case No. 26−mj−30474

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2025 - August 12, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution and Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5) | Possession of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Sean Killian, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature: Elizabeth A. Stafford]
*Judge's signature*

Date: August 12, 2026

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Sean Killian, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since April of 2022. I am assigned to the FBI Detroit Division on the Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) Task Force. Prior to employment with the FBI, I was a police officer in Indiana for approximately seven years. I have experience investigating child sexual exploitation, crimes related to child sexual abuse material (CSAM), human trafficking and have also been trained specifically on these types of investigations. I have consulted with numerous other SEMTEC agents and law enforcement officers, including those that have worked on crimes against children investigations to include child pornography, and child sexual exploitation.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Harold Joseph Labeau** (DOB XX/XX/1997) for violations of 18 U.S.C. § 2252A(a)(2) (Distribution and Receipt of Child Pornography) and 18 U.S.C. § 2252A(a)(5) (Possession of Child Pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Labeau has violated the above offense.

## PROBABLE CAUSE

5. The Federal Bureau of Investigation (FBI), Detroit Division, was made aware of three National Center for Missing and Exploited Children (NCMEC) Internet Tips, "CyberTipline" reports, regarding the alleged possession, manufacture, and/or distribution of Child Sexual Abuse Material (CSAM) by a user of the "Kik" messaging application between April and July of 2025. The tips

provided files suspected to be CSAM. Review of the files associated with the three tips found at least 40 videos depicting child pornography.

6. The first CyberTipline report (#209098907) indicates that on or about April 11, 2025, Kik Messenger username “d*****754” sent six files of apparent child pornography to another Kik user. The e-mail address associated with the d*****754 username was harrylabeau@*****.com. The six files of child pornography, which I have reviewed, included a 54 second video, file name: *****73e4.mp4, of a prepubescent female in fishnet stockings but otherwise fully nude, performing oral sex on an apparent adult male outdoors. Based on my training and experience, this video meets the federal definition of child pornography.

7. The second CyberTipline report (#211444438) indicates that on or about May 4, 2025, Kik username “S*****754” sent at least 33 files of apparent child pornography to another Kik user. The e-mail address associated with the S*****754 username was “deletedbykik.39555. harrylabeau@*****.com.” I understand this to mean that the e-mail address was harrylabeau@*****.com, but that Kik deleted the user’s account. The 33 files of apparent child pornography, which I have reviewed, included a 29 second video, file name: *****6351.mp4, of a prepubescent female in a bathtub, appearing to be fully nude, performing oral sex on an apparent adult male. The adult male has an unidentified other individual on

top of him while having oral sex performed on him. Based on my training and experience, this video meets the federal definition of child pornography.

8. The third CyberTipline report (#217097211) indicates that on or about July 30, 2026, Kik username "D*****754" sent at least 9 files of apparent child pornography to another Kik user. The e-mail address associated with the D*****754 username was xharrylabeaux@*****.com. The 9 files of apparent child pornography, which I have reviewed, included a 1 minute, 44 second video, file name: *****4b2b.mp4, of a young female child in a cartoon pajama top fondling an apparent adult male's penis before the male directs the tip of his penis to the girl's vagina and begins rubbing the tip of his penis on the girl's vagina. Based on my training and experience, this video meets the federal definition of child pornography.

9. On July 16, 2026, investigators sent an administrative subpoena for subscriber information related to xharrylabeaux@*****.com. Responsive information from the company identified an associated/connected e-mail address of harrylabeau@*****.com.

10. On July 22, 2026, investigators sent an administrative subpoena for subscriber information related to harrylabeau@*****.com. Responsive information identified an account SMS recovery phone number ending in -1964. The FBI determined the phone number was utilizing an identified company for cellular service.

11. Investigators served an administrative subpoena to the cell phone company for subscriber records for the -1964 number. Responsive information identified the subscriber as Harold Joseph LABEAU with an address on Hipp Street in Taylor, Michigan. As of June 2026, the same address was listed for LABEAU on his driver's license through the Michigan Secretary of State.

12. The FBI later learned through cell phone location data and in-person surveillance that LABEAU had relocated to Duncan Street in Taylor, Michigan.

13. On August 12, 2026, the FBI executed a federal search warrant for the Duncan Street residence and the person of LABEAU. Prior to executing the warrant, law enforcement saw LABEAU leaving his residence in a vehicle.

14. Law enforcement stopped LABEAU's vehicle near Telegraph and Pennsylvania Ave in Taylor. FBI agents seized LABEAU's Samsung Galaxy S24 Plus phone from the center console of his vehicle. The phone number for the phone was the same phone number associated with the Kik and e-mail accounts described above, ending in -1964.

15. FBI interviewed LABEAU. He admitted utilizing usernames similar to D*****754 and S*****754 as his Kik accounts. He admitted sending and/or receiving CSAM on Kik. He also admitted that CSAM was located in the "Secure Folder" on his phone.

16. According to publicly available information posted by Samsung, the Secure Folder encrypts all data stored there and can only be accessed by using a passcode or biometric lock. The Secure Folder can also be hidden so that it does not appear on the phone's home screen or in the list of the phone's applications.

17. FBI agents conducted a manual review of LABEAU's Samsung Galaxy S24 Plus phone and determined it contains at least 19 images and 61 videos in a password-protected Secure Folder labeled "Shhh."

18. The majority of the media files in the "Shhh" Secure Folder meet the federal definition of child pornography. For example, the folder includes: (1) a 20-second video of a prepubescent female around 6 to 8 years old with an adult penis ejaculating on her face; (2) a 46-second video of a prepubescent boy in a bathtub masturbating; and (3) a 1-minute, 43-second video of a prepubescent female masturbating an adult penis using both hands and licking the adult penis.

19. In multiple Kik chats on the phone, LABEAU expresses to other users that he prefers "mother/son" content. Based on my training and experience, I know that individuals with a sexual interest in children use the term "mother/son" to describe CSAM involving an adult female and a minor male child, even though this term may have other meanings in other contexts.

20. For example, in a Kik chat that occurred in March 2026, another Kik user advertised CSAM content with an age range between 1 and 20, including "mom

and son." LABEAU responds, "11-16 is what I like most but love mom and Son especially when the son is real young. Mega links are great." LABEAU and the other user then negotiate a price for the content, and both users exchange their CashApp username. The other user then instructs LABEAU to send payment and to download one of two encrypted messaging applications.

21. The FBI located CashApp on LABEAU's phone, with a corresponding payment on the same date and to the same Kik user in the chat above, for $35.

22. The Secure Folder on LABEAU's phone also contains "mother/son" content, including for example a 3-minute, 34-second video of prepubescent boy, approximately 10 years old, where adult female is performing oral and vagina sex with the boy.

23. Based on the foregoing, there is probable cause to believe Harold Joseph Labeau has committed violations of 18 U.S.C. § 2252A(a)(2) (Distribution and Receipt of Child Pornography) and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

Respectfully submitted,

______________________________

Sean Killian
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

Elizabeth A. Stafford
___________________________________
HON. Elizabeth A. Stafford
UNITED STATES MAGISTRATE JUDGE

Date: August 12, 2026